

# THE THIRTEENTH COURT OF APPEALS

---

13-23-00455-CV

---

Courtney Brooks Vann
v.
The Glades II of Gregory Apartments, LLC, Couric Enterprises, LLC d/b/a Foremost
Construction, Eric Solis, Individually and as Representative of Couric Enterprises, LLC,
and Gunnen Craig, Individually and as an Employee of Couric Enterprises, LLC

---

On Appeal from the
343rd District Court of San Patricio County, Texas
Trial Court Cause No. S-22-5219CV-C

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

October 10, 2024